UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15-CV-1849 NCC ) |
| GEORGE M. KNIEST, et al., | ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

Defendants move for an order remanding this case to the state courts. The motion is frivolous. The state criminal cases were never properly removed to this Court because they were closed long before defendants brought this action. Furthermore, defendants have wasted the Court's resources by filing abusive and repetitive lawsuits. *E.g.*, *Missouri v. Kniest*, No. 4:15-CV-1352 HEA.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for order of remand [ECF No. 25] is **DENIED**.

**IT IS FURTHER ORDERED** that defendants may not file any further motions in this closed case.

**IT IS FURTHER ORDERED** that the Clerk is directed to return any further filings from defendants except for any appellate documents.

Dated this 23rd day of February, 2017.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE